**AMINI INNOVATION CORPORATION, Plaintiff–Appellant,**

v.

**ANTHONY CALIFORNIA, INC. and James Chang, Defendants–Cross Appellants.**

**Nos. 2007–1182, 2007–1268.**

United States Court of Appeals, Federal Circuit.

June 5, 2007.

**ORDER**

Order Vacated in Part, See 227 Fed. Appx. 908, 2007 WL 1799956.

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).